Opinion approved by the court.

### JOHNSON v. STATE.
### No. 25367.

Court of Criminal Appeals of Texas.
June 27, 1951.

No attorney on appeal, for appellant.
George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of assault with intent to rape, and his punishment was assessed by the jury at two years in the penitentiary.

The record contains no bills of exception and no statement of facts; and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.